UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BANC OF AMERICA LEASING & CAPITAL, L.L.C.<br><br>　　　　　　　Plaintiff,<br><br>　VERSUS<br><br>BRYAN D. ARCENEAUX,<br>LOUISIANA TANK SPECIALTIES, L.L.C., AND<br>LOUISIANA S.W. TRANSPORTATION, INC.<br><br>　　　　　　　Defendant. | CIVIL ACTION NO.<br><br>SECTION<br><br>JUDGE<br><br>MAGISTRATE |

## COMPLAINT

The Complaint of Banc of America Leasing & Capital, L.L.C. ("BALC") respectfully states:

THE PARTIES

1.　Plaintiff BALC is a single member limited liability company. The sole member is Bank of America, N.A., a national banking association having its main office in North Carolina. BALC is registered and authorized to do business in Louisiana.

2.　Defendant Bryan D. Arceneaux ("Arceneaux") is a citizen of Louisiana who resides in Lafourche Parish, Louisiana.

3.　Defendant Louisiana Tank Specialties, L.L.C. ("Louisiana Tank") is a Louisiana limited liability company whose sole member is Arceneaux and is thus considered a citizen of Louisiana.

4.　Defendant Louisiana S.W. Transportation, Inc. ("LSWT") is a Louisiana corporation with its principal place of business in Lafourche Parish, Louisiana.

## JURISDICTION AND VENUE

5. Subject matter jurisdiction exists pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states.

6. Venue is proper in the Eastern District of Louisiana pursuant to 28 U.S.C. § 1391(b)(1) because all Defendants reside in this district.

## ARCENEAUX AND LSWT GUARANTEED LOUISIANA TANK'S DEBT

7. Arceneaux, as the sole member of Louisiana Tank, executed a Credit Sales Contract (Security Agreement) (the "Tank Security Agreement") dated as of September 27, 2013, to facilitate Louisiana Tank's purchase of certain equipment from Parish Truck Sales, Inc. ("Seller"). A copy of the Tank Security Agreement is attached as Exhibit 1.

8. The Tank Security Agreement provides that Louisiana Tank promised, among other things, to make 60 monthly installment payments of $5,585.81, commencing on November 11, 2013, to Mack Financial Services, a division of VFS US, LLC ("Original Lender"). Louisiana Tank also granted a security interest in the equipment to Seller. Seller immediately assigned all its rights and remedies under the Tank Security Agreement, including its security interest, to Original Lender.

9. As additional inducement for the credit sale, Arceneaux, both personally and on behalf of LSWT, signed a Continuing Guaranty dated September 27, 2013 ("the 9/27/13 Guaranty"). A copy of the 9/27/13 Guaranty is attached hereto as Exhibit 2. In the 9/27/13 Guaranty, Arceneaux and LSWT guaranteed to the Original Lender the full, prompt, and complete payment and performance of Louisiana Tank's obligations under the Tank Security Agreement.

10. The 9/27/13 Guaranty also provides that Arceneaux and LSWT agreed to pay any and all costs and expenses of the Original Lender, including reasonable attorneys' fees and expenses, incurred by the Original Lender to enforce the 9/27/13 Guaranty.

11. BALC is assignee of and successor-in-interest to Seller and Original Lender with respect to the Tank Security Agreement, the 9/27/13 Guaranty, and other related loan documents. BALC holds all rights to enforce the obligations owed by Arceneaux, LSWT, and Louisiana Tank to the Seller and Original Lender.

12. Louisiana Tank is currently in default under the Tank Security Agreement. Louisiana Tank did not pay the monthly installment that was due on January 11, 2016, and has made no subsequent payments.

13. After the occurrence of Louisiana Tank's default, BALC exercised its option to declare all the indebtedness secured by the Tank Security Agreement to be immediately due and payable.

14. On February 16, 2016, BALC commenced a lawsuit in the Seventeenth Judicial District Court for the Parish of Lafourche, State of Louisiana (the "State Court") against Louisiana Tank to enforce BALC's security interests under the Tank Security Agreement and to seize and sell the equipment under executory process in accordance with Louisiana law. The amount owed by Louisiana Tank exceeded $179,000 as of February 16, 2016, with interest, attorney fees, costs, and other expenses continuing to accrue.

15. In accordance with the terms of the 9/27/13 Guaranty, Arceneaux and LSWT are liable to BALC for all amounts due from Louisiana Tank.

ARCENEAUX AND LOUISIANA TANK GUARANTEED LSWT'S DEBT

16. Arceneaux is also the President and Secretary of LSWT. In his capacity as President/Secretary of LSWT, Arceneaux executed a Combination Loan and Security Agreement (the "LSWT Security Agreement") dated as of September 30, 2014 to facilitate LSWT's purchase of certain equipment. A copy of the LSWT Security Agreement is attached as Exhibit 3.

17. Pursuant to the LSWT Security Agreement, LSWT promised, among other things, to make 60 monthly installment payments of $9,520.03 to Wells Fargo Equipment Finance, Inc. ("Wells Fargo"), commencing on November 6, 2014. LSWT also granted a security interest in the equipment to Wells Fargo.

18. At the time the LSWT Security Agreement was executed, Arceneaux had signed a Guaranty dated May 25, 2010 (the "5/25/10 Guaranty"). A copy of the 5/25/10 Guaranty is attached hereto as Exhibit 4. In the 5/25/10 Guaranty, Arceneaux had guaranteed to Wells Fargo "the prompt payment and performance, when due, of every debt, liability, and obligation that Debtor [LSWT] may now or in the future owe to Creditor."

19. The 5/25/10 Guaranty also provides that Arceneaux agreed to reimburse Wells Fargo "for all expenses incurred by Creditor in enforcing its rights against Debtor and/or Guarantor, including, without limitation, reasonable attorneys' fees."

20. At the time the LSWT Security Agreement, Arceneaux, acting in his capacity as sole member of Louisiana Tank, had also signed a Guaranty dated April 11, 2011 (the "4/11/11 Guaranty"). A copy of the 4/11/11 Guaranty is attached hereto as Exhibit 5. In the 4/11/11 Guaranty, Louisiana Tank had guaranteed to Wells Fargo "the prompt payment and performance, when due, of every debt, liability, and obligation that Debtor [LSWT] may now or in the future owe to Creditor…."

21.   The 4/11/11 Guaranty also provides that Louisiana Tank agreed "to pay all costs, expenses and legal fees paid or incurred by Creditor in connection with enforcing any Obligation and this Guaranty."

22.   BALC is assignee of and successor-in-interest to Wells Fargo with respect to the LSWT Security Agreement, the 5/25/10 Guaranty, the 4/11/11 Guaranty, and other related loan documents.  BALC holds all rights to enforce the obligations owed by Arceneaux, Louisiana Tank, and LSWT to Wells Fargo.

23.   LSWT is currently in default under the LSWT Security Agreement.  LSWT did not pay the monthly installment that was due on January 6, 2016, and has made no subsequent payments.

24.   After the occurrence of LSWT's default, BALC exercised its option to declare all the indebtedness secured by the LSWT Security Agreement to be immediately due and payable.

25.   On February 16, 2016, BALC commenced a lawsuit in State Court against LSWT to enforce BALC's security interests under the LSWT Security Agreement and to seize and sell the equipment under executory process in accordance with Louisiana law.  The amount owed by LSWT exceeded $400,000 as of February 16, 2016, with interest, attorney fees, costs, and other expenses continuing to accrue.

26.   In accordance with the 5/25/10 Guaranty and 4/11/11 Guaranty, Arceneaux and Louisiana Tank are liable to BALC for all amounts due from LSWT.

## PRAYER FOR RELIEF

**WHEREFORE**, BALC prays, after due proceedings be had, that the Court enter judgment against Arceneaux, Louisiana Tank, and LSWT for all amounts respectively owed under the 9/27/13 Guaranty, the 5/25/10 Guaranty, and the 4/11/11 Guaranty, including all costs and expenses of enforcement and reasonable attorney's fees, and any additional relief that the Court may deem appropriate.

Dated:  February 29, 2016

Respectfully submitted,

*/s/ J. Dalton Courson*
John M. Landis, 7958, T.A.
    jlandis@stonepigman.com
J. Dalton Courson, 28542
    dcourson@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
*Attorneys for Plaintiff*

Service by waiver of process